THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN LEVITT, Also Known as RUBY LEVITT, Appellant.— Judgment convicting defendant of the crime of doing business without a license in violation of section 340 of the Banking Law, and orders denying defendant's motions to dismiss the information upon the ground of lack of jurisdiction and for a bill of particulars, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FANNIE FRIEDMAN, Appellant, v. INECTO, INC., Respondent.— Action for personal injuries resulting from use of a hair dye manufactured by defendant. Judgment dismissing the complaint at the close of plaintiff's case affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ; O'Malley, J., dissents and votes to reverse and grant a new trial.

CLARENCE S. HINE and FLORENCE R. HINE, Respondents, v. SUBURBAN BUS COMPANY, INC., Appellant, Impleaded with Another.— Action to recover damages for personal injuries suffered by plaintiffs Florence R. Hine and her husband, Clarence S. Hine, and for loss of services and property damage by plaintiff Clarence S. Hine, as a result of a collision between his car and the bus of the defendant-appellant on Central avenue, Yonkers, N. Y. Judgment rendered in favor of plaintiffs after trial at Trial Term, without a jury, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL M. ZIMMERMAN, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Another, Respondents.— Order granting defendants' motion for summary judgment dismissing the complaint, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AARON SEGALL, Appellant, Impleaded with HENRY SEGALL, Plaintiff, v. HERMAN MENDLOWITZ and Another, Respondents, Impleaded with Others.— The action was brought to set aside certain chattel mortgages, assignments, agreements and promissory notes on the ground that these documents were delivered pursuant to two usurious agreements; and for other equitable relief. Judgment dismissing the complaint on the merits, entered upon a decision after trial at Special Term, affirmed, with costs to the respondents Herman Mendlowitz and Herman Stark. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents and votes for reversal and a new trial.

In the Matter of the Application of LEO D. MORGAN, Petitioner, for a Certiorari Order against JOHN J. HALLERAN, as Commissioner of the Department of Public Works of the Borough of Queens of the City of New York, and GEORGE U. HARVEY, as President of the Borough of Queens, Respondents.— Order of certiorari to review the determination of the commissioner of the department of public works of the city of New York, borough of Queens, in refusing to reinstate the petitioner to the position which he held as an automobile engineman in the said department, unanimously dismissed, and the determination of the said respondent confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.